UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:17-CV-00061-TBR-LLK

DIPPIN' DOTS, LLC     PLAINTIFF

v.

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA and
CIMCO REFRIGERATION, INC.,     DEFENDANTS

**ORDER**

The matter having been referred to Magistrate Judge Lanny King by Judge Greg N. Stivers for resolution of all litigation planning issues, entry of scheduling orders, consideration of amendments thereto, and resolution of all non-dispositive motions, including discovery issues (Docket #8), and a telephonic scheduling conference having been held on December 3, 2018;

**IT IS ORDERED:**

In light of the discussions during the status conference on December 3, 2018, the order dated December 10, 2018 (Docket #56) is modified to the extent that Travelers' deadline for disclosing an expert witness to address Plaintiff's claim for damages is stayed pending further orders of the Court.

December 19, 2018

**Lanny King, Magistrate Judge**
**United States District Court**