IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| DIPPIN' DOTS, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:17-CV-61-JRW-LLK |
| | ) |
| TRAVELERS PROPERTY CASUALTY | ) |
| COMPANY OF AMERICA, and | ) |
| CIMCO REFRIGERATION, INC. | ) |
| | ) |
| Defendants. | ) |

**JOINT NOTICE TO THE COURT**

Plaintiff Dippin' Dots, L.L.C. ("Dippin' Dots") and Defendant Travelers Property Casualty Company of America ("Travelers") (together the "Parties") provide this Joint Notice to the Court concerning the status of settlement matters:

1. On February 12, 2020, the Court entered a Text Order setting a deadline of March 27, 2020 for the Parties to file a Stipulation of Dismissal With Prejudice [Dkt. No. 63].

2. The Parties have finalized and executed a settlement agreement and checks have been provided to Dippin' Dots' counsel.

3. Those checks have been transmitted to Dippin' Dots, but there has not been sufficient time to allow their deposit given the unusual circumstances surrounding the pandemic.

4. The Parties anticipate matters should be resolved by the end of next week and accordingly request that the Court not dismiss the matter on its own accord prior to April 3, 2020.

Dated March 27, 2020.

    Respectfully submitted,

    /s/ *Michael K. Avery*
    Michael D. McClintock
    Michael K. Avery
    MCAFEE & TAFT A PROFESSIONAL CORPORATION
    10th Floor, Two Leadership Square
    211 Robinson
    Oklahoma City, OK  73102
    Telephone:   (405) 235-9621
    Facsimile:   (405) 270-7212
    michael.avery@mcafeetaft.com
    michael.mcclintock@mcafeetaft.com

    -and-

    Stephen E. Smith, Jr.
    MCMURRY & LIVINGSTON, PLLC
    P.O. Box 1700
    Paducah, KY  42002-1700
    Telephone:   (270) 443-6511
    sonny@ml-lawfirm.com

    *Attorneys for Plaintiff Dippin' Dots, LLC*

    */s/ Stephen C. Keller*

    Michael S. Maloney, Esq.
    Stephen C. Keller, Esq.
    SCHILLER BARNES MALONEY PLLC
    401 W. Main Street, Suite 1600
    Louisville, KY 40202
    mmaloney@sbmkylaw.com
    skeller@sbmkylaw.com
    *Counsel for Defendant, Travelers Property Casualty Company of America*