UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| DIPPIN' DOTS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | CASE NO: 5:17-CV-61-JRW-LLK |
| | : | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

\* \* \* \* \* \* \* \*

## AGREED ORDER OF DISMISSAL

Come the Plaintiff, Dippin' Dots, LLC, and the Defendant, Travelers Property Casualty Company of America, by counsel, and having agreed, IT IS HEREBY ORDERED that all claims asserted by and against any party are hereby dismissed with prejudice, with each party to bear their own costs and attorney fees.

HAVE SEEN AND AGREED TO:

**/s/ Stephen C. Keller, Esq.**
Stephen C. Keller, Esq.
*Counsel for Defendant,*
*Travelers Property Casualty Company*
*of America*

**/s/ Michael Avery, Esq.** (with permission)
Michael Avery, Esq.
*Counsel for Plaintiff,*
*Dippin' Dots, LLC*